From: Charles Bunton
Allred Unit, TDC #1143771
2101 FM 369 North
Iowa Park, TX 76367

February 4, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 09 20'

Abel Acosta, Clerk

601,852-07

To: Court of Criminal Appeals of Texas
P.O. Box 12308, Capitol Station
Austin, Texas 78711

Dear Clerk:

On March 14, 2014 in cause no. WR-60,852-07, My "Original application for writ of mandamus was received and presented to the Court."

On April 2, 2014 "the Court... denied without written order <u>Motion for leave to File</u>..."

The Court was aware that the requirement to file a "motion for leave to file" was repealed before - long before I filed my mandamus.

This Court should go back and rule on my mandamus WR-60,852-07. The Court has all of my documents - EXHIBITS that I cannot afford to pay for anymore because I am indigent. This Court has done an injustice to me in cause above and should address the issues presented in the mandamus - VOID JUDGMENT from the 3rd C.O.A. where my conviction was wrongly affirmed on direct appeal.

Respectfully Submitted,
Charles Bunton